UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

                                                          Chapter 13

Frances Mary Basile,                                Case No. 1-25-43425-jmm

                               Debtor.

------------------------------------------------------------x

### ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PAY THE FILING FEE

**WHEREAS**, the above-captioned debtor (the "Debtor") filed this case without paying the **$313.00** filing fee; and

**WHEREAS**, information on paying the filing fee, applying to pay the filing fee in installments, and applying for a waiver of the filing fee, can be found at https://www.nyeb.uscourts.gov/filing-fees.

**NOW, THEREFORE**, it is hereby:

**ORDERED**, that the Debtor is directed to appear at a hearing (the "Hearing") before the Honorable Jil Mazer-Marino of the United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Courtroom 3529, Brooklyn, New York 11201 on **August 19, 2025** at **11:30 a. m.** and show cause why this case should not be dismissed based on the Debtor's failure to pay the filing fee; and it is further

**ORDERED**, that the Hearing may be held in person, by phone, or by videoconference. Regardless of whether you intend to appear in person, by phone, or by videoconference, those intending to appear at the Hearing must register with eCourt Appearances no later than two (2) days prior to the Hearing. The phone number or video link for the Hearing will be emailed only to those that register with eCourt Appearances in advance of the Hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347) 394-1844, JMM_Hearings@nyeb. uscourts.gov; and it is further

**ORDERED**, that the Debtor need not attend the Hearing if, no later than three (3) business days prior to the Hearing:

(a)   the filing fee is paid in full; or

(b)   the Court has entered an order waiving the filing fee; or

(c)   the Court has entered an order authorizing the Debtor to pay the filing fee in installments.

Dated: July 25, 2025
      Brooklyn, New York



**Jil Mazer-Marino**
**United States Bankruptcy Judge**